■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERILYN BELL, on Behalf of RAFAEL MATTA, Petitioner, v WARDEN, GEORGE MOTCHAN DETENTION CENTER, Respondent. [862 NYS2d 298]— Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment No. 6508/08.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Kings County indictment No. 6508/08 to the sum of $5,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Mastro, J.P., Lifson, Carni and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NYTAINO ROMULUS, on Behalf of MARCUS GILREATH, Petitioner, v MICHAEL SPOSATO, Respondent. [862 NYS2d 298]—Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County indictment No. 523N-08.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Mastro, J.P., Lifson, Carni and McCarthy, JJ., concur.